ROBERT L. ESENSTEN (Bar No. 65728)
resensten@wccelaw.com
RANDI R. GEFFNER (Bar No. 116574)
rgeffner@wccelaw.com
**WASSERMAN, COMDEN, CASSELMAN & ESENSTEN, L.L.P.**
5567 Reseda Boulevard, Suite 330
Post Office Box 7033
Tarzana, California 91357-7033
Telephone:  (818) 705-6800
Facsimile:   (818) 996-8266

Attorneys for Plaintiff DIANA McMILLEN

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANA McMILLEN, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>AMERICO FINANCIAL LIFE AND ANNUITY INSURANCE COMPANY, et al.,<br>    Defendants. | CASE NO.  1:13-CV-01189-LJO-JLT<br><br>**ORDER GRANTING STIPULATION TO FILE FIRST AMENDED COMPLAINT**<br><br>**(Doc. 14)** |

Having reviewed and considered the stipulation of counsel, the Court **ORDERS**:

1.  The stipulation of counsel is **GRANTED**;

2.  Plaintiff **SHALL** file her First Amended Complaint, lodged with the stipulation, within two court days;

3.  Defendants, Americo Financial Life and Annuity Insurance Company and Americo Life, Inc., **SHALL** have 10 days from the filing of the First Amended Complaint to file responsive pleadings.

IT IS SO ORDERED.

  Dated:   **January 2, 2014**              /s/ Jennifer L. Thurston
                                           UNITED STATES MAGISTRATE JUDGE