UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANA McMILLEN, | CASE NO. CV F 13-1189 LJO JLT |
| Plaintiff, | **ORDER ON SUMMARY JUDGMENT BRIEFING AND HEARING**<br>(Doc. 24.) |
| vs. | |
| AMERICO FINANCIAL LIFE AND ANNUITY INSURANC COMPANY, et al., | |
| Defendants. | |

Based on the parties' February 10, 2014 stipulation and February 14, 2014 mediation, this Court:

1. VACATES the February 26, 2014 summary judgment hearing, which will not be reset, unless this Court orders otherwise;

2. ORDERS plaintiff, no later than March 3, 2014, to file and serve summary judgment opposition papers;

3. ORDERS defendants, no later than March 10, 2014, to file and serve summary judgment reply papers; and

4. ORDERS the parties, no later than February 17, 2014 to file and serve a status report on efforts to settle this action.

If summary judgment briefing proceeds, and pursuant to its practice, this Court will

1

consider summary judgment on the record without a hearing, unless this Court orders otherwise.

IT IS SO ORDERED.

Dated:  **February 11, 2014**                    **/s/ Lawrence J. O'Neill**
                                                UNITED STATES DISTRICT JUDGE