# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANA McMILLEN,<br><br>        Plaintiff,<br><br>    v.<br><br>AMERICO FINANCIAL LIFE AND<br>ANNUITIY INSURANCE COMPANY, et al.,<br><br>        Defendants. | Case No.: 1:13-cv-01189 LJO JLT<br><br>ORDER CONTINUING SETTLEMENT<br>CONFERENCE<br><br>(Doc. 28) |

Before the Court is the status report filed by Defendant. (Doc. 28) Defendant details that the parties engaged in mediation in February but that this session was not successful in resolving the matter. Id. at 2-3. Given the recent failure of the private mediation and the pending motion for summary judgment, Defendant reports that it is not prepared to discuss settlement at this time. Id. Defendant suggests the settlement conference be reset to mid to late summer or until after the summary judgment motion is decided. Id. at 3. Defendant reports also that Plaintiff has not served a settlement demand as required by the scheduling order. (Doc. 12 at 6-7)

///

///

///

///

1

Therefore, the Court **ORDERS**:

1. The settlement conference, currently set on March 13, 2014 is **CONTINUED** to **June 5, 2014** at 9:30 a.m.

IT IS SO ORDERED.

Dated: **February 24, 2014**         **/s/ Jennifer L. Thurston**
                                   UNITED STATES MAGISTRATE JUDGE

2