Ethan J. Brown (SBN 218814)
Sara C. Colon (SBN 281514)
ETHAN BROWN LAW
100 Wilshire Blvd., Suite 940
Santa Monica, CA 90401
Telephone:  (310) 917-1007
Facsimile:  (310) 917-1001
ethan@ethanbrownlaw.com
*Attorneys for Defendant and Counter-claimant*
GREAT SOUTHERN LIFE INSURANCE COMPANY

ESENSTEN LAW
12100 Wilshire Blvd., Suite 1660
Los Angeles, CA  90025
Telephone: (310) 273-3090
*Attorneys for Plaintiff*
DIANA McMILLEN

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANA McMILLEN, an individual,<br>　　　　Plaintiff,<br>　v.<br><br>AMERICO FINANCIAL LIFE AND ANNUITY INSURANCE COMPANY, a Texas corporation; AMERICO LIFE, INC., a Texas corporation; GREAT SOUTHERN LIFE INSURANCE COMPANY, a Texas corporation, and DOES 1-100, inclusive,<br>　　　　Defendants.<br>_____<br>Counter-Claims.<br>_____ | Case No. 1:13-CV-01189-LJO-JLT<br><br>**ORDER GRANTING STIPULATION TO AMEND THE SCHEDULING ORDER**<br><br>**(Doc. 41)** |

**JOINT STIPULATION**

WHEREAS, Plaintiff Diana McMillen and Defendants Americo Financial Life and Annuity Insurance Company, Americo Life, Inc., Great Southern Life Insurance Company ("the Parties") are scheduled to participate in a Settlement Conference on June 5, 2014;

WHEREAS, trial is not scheduled to begin until January 13, 2015, and therefore the Parties believe it is possible to continue certain of the dates regarding experts without affecting the trial date;

WHEREAS, the Parties wish to avoid the unnecessary expenditure of time and money in expert disclosures and discovery which could become unnecessary based on the foregoing events and which may make the matter more difficult to resolve at the upcoming Settlement Conference;

THEREFORE, with the approval of the Court, the Parties have agreed to extend the deadlines relating to expert discovery by 74 days as follows:

1. The Parties agree to extend the deadline to disclose expert witnesses from April 14, 2014 to June 27, 2014.
2. The Parties agree to extend the deadline to disclose rebuttal witnesses from May 12, 2014 to July 25, 2014.
3. The Parties agree to extend the deadline for expert discovery from June 12, 2014 to August 25, 2014.

The Parties submit that, based upon the foregoing, there is good cause to continue the date for expert disclosure and discovery as set forth above.

**IT IS SO STIPULATED.**

Dated:  April 1, 2014					Respectfully submitted,


							ETHAN BROWN LAW


							By:  s/  Ethan J. Brown
							    Ethan J. Brown
							    Attorneys for Defendant Great Southern
							    Life Insurance Company


Dated:  April 1, 2014					Respectfully submitted,


							ESENSTEN LAW


							By:   s/  Robert L. Esensten
							    Robert L. Esensten
							    Attorneys for Plaintiff Diana McMillen

## ORDER

Before the Court is the stipulation of the parties to extend the expert discovery period by 74 days in order to avoid expending resources prior to the settlement conference, currently set on June 5, 2014.  (Doc. 41)  In light of the fact that dispositive motions has already been filed and decided, the Court will **GRANT** the stipulation. However, due to a calendar conflict, the settlement conference will be advanced.  Thus, the Court **ORDERS**:

    1.	The settlement conference, currently set on June 5, 2014, is **ADVANCED** to June 4, 2014 at 9:30[1];

    2.	The stipulation of the parties (Doc. 41) is **GRANTED** and the scheduling order is amended as follows:

        a.	The parties SHALL disclose their expert witnesses no later than June

---

[1] The parties may propose a different date if this new date creates a conflict for them.

27, 2014;

b.  The parties SHALL disclose their rebuttal expert witnesses no later than July 25, 2014;

c.  All expert discovery SHALL be completed no later than August 25, 2014;

d.  Nondispositive motions SHALL be filed no later than August 29, 2014 and heard no later than September 26, 2014.

IT IS SO ORDERED.

Dated:  **April 3, 2014**               **/s/ Jennifer L. Thurston**
                                          UNITED STATES MAGISTRATE JUDGE

**JOINT STIPULATION**

3