# UNITED STATES DISTRICT COURT

__EASTERN__ District of __CALIFORNIA__

DIANA McMILLEN

          Plaintiff (s),

V.

AMERICO FINANCIAL LIFE, et al.

          Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 1:13-CV-01189-LJO-JLT

Notice is hereby given that, subject to approval by the court, __Diana McMillen__ substitutes
(Party (s) Name)

__Robert L. Esensten of ESENSTEN LAW__, State Bar No. __65728__ as counsel of record in
(Name of New Attorney)

place of __Robert L. Esensten of WASSERMAN, COMDEN, CASSELMAN & ESENSTEN, LLP__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: ESENSTEN LAW

Address: 12100 Wilshire Boulevard, Suite 1660, Los Angeles, California 90025

Telephone: (310) 273-3090    Facsimile

E-Mail (Optional): resensten@esenstenlaw.com; rgeffner@esenstenlaw.com; jholtan@esenstenlaw.com

I consent to the above substitution.
Date: 4-7-2014

(Signature of Party (s))

I consent to being substituted.
Date: 4-10-14

(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 4-10-14

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 4/14/14

          Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of LOS ANGELES, STATE OF CALIFORNIA. My business address is 12100 Wilshire Boulevard, Suite 1660, Los Angeles, California 90025. I am over the age of eighteen years and am not a party to the within action;

On April 11, 2014, I served the following document(s) entitled **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY** on ALL INTERESTED PARTIES in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

| | |
|---|---|
| Ethan J. Brown, Esq.<br>ETHAN BROWN LAW<br>100 Wilshire Blvd., Suite 950<br>Santa Monica, California 90401<br>Telephone:  (310) 917-1007<br>Facsimile:  (310) 917-1001<br>E-Mail:  ethan@ethanbrownlaw.com | Attorney for Defendant<br>AMERICO FINANCIAL LIFE<br>AND ANNUITY INSURANCE<br>COMPANY |

**BY U.S. MAIL:** By placing a true copy thereof in a sealed envelope addressed as above, and placing it for and mailing following ordinary business practices. I am readily familiar with the firm's practice of collection and processing correspondence, pleadings and other matters for mailing with the United States Postal Service. The correspondence, pleadings and other matters are deposited with the United States Postal Service with postage thereon fully prepaid in Los Angeles, California, on the same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 11, 2014, at Los Angeles, California.

_____
Jennifer Holtan