# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANA McMILLEN,<br><br>             Plaintiff,<br><br>     v.<br><br>AMERICO FINANCIAL LIFE AND<br>ANNUITIY INSURANCE COMPANY, et al.,<br><br>             Defendants. | Case No.: 1:13-cv-01189 LJO JLT<br><br>ORDER SETTING BRIEFING SCHEDULE RE: PLAINTIFF'S ENTITLEMENT TO A JURY TRIAL<br><br>(Doc. 48) |

Before the Court is a request for a status conference filed by Great Southern Life Insurance Company, in which it claims that Plaintiff is not entitled to a jury trial in this matter.  (Doc. 48) Attached to this document is an e-mail from Plaintiff's counsel in which she reiterates her belief that Plaintiff is entitled to a jury when this matter proceeds to trial. Id. at 13.  It does not appear this issue is amenable to informal resolution.  Thus, the Court **ORDERS**:

   1.    No later than June 17, 2014, the parties SHALL file briefs addressing whether this matter was properly set for a jury trial;

   2.    No later than July 1, 2014, the parties may file responsive briefs addressing the argument raised by their opponent;

   3.    The briefs SHALL NOT exceed 10 pages;

1

4. The request for a status conference, related to the above matter and to discuss extending the discovery deadlines, is **DENIED.**

IT IS SO ORDERED.

Dated: **May 27, 2014**         **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE