UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANA MCMILLEN,<br><br>            Plaintiff,<br><br>   vs.<br><br>AMERICO FINANCIAL LIFE AND ANNUITY INSURANCE CO., et al.,<br><br>            Defendants.<br>_____/ | CASE NO. 13-CV-1189-LJO-JLT<br><br>**ORDER TO DISMISS AND CLOSE ACTION**<br>(Doc. 51) |

Based on the parties' stipulation for dismissal under F.R.Civ.P. 41(a)(1)(A)(ii) (Doc. 51), this Court:

    1.    DISMISSES with prejudice this entire action and all claims;

    2.    VACATES all pending dates and matters; and

    3.    DIRECTS the clerk to close this action.

**SO ORDERED**
**Dated: July 2, 2014**

                                            /s/ **Lawrence J. O'Neill**
                                            **United States District Judge**